**UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

**KAOUDT US DIRECT**, Plaintiff,

v.

**HEZHIDA (ZHANGZHOU) MEDICAL TECHNOLOGY CO., LTD**, Defendant.

Case No.:

**EXHIBITS**

**Exhibits Attached to the Complaint**

- **EXHIBIT A: The Asserted Patent**
    - A full copy of **U.S. Design Patent No. D1,069,141** ("Therapy Mat").
- **EXHIBIT B: The Amazon Takedown Notice**
    - The infringement report notification from Amazon (Complaint ID: **19016448721**) alleging that **Kaoudt US Direct** listings are "substantially identical" to the '141 Patent.
- **EXHIBIT C: Evidence of Prior Public Sale (The "On-Sale Bar")**
    - The screenshot from Amazon.com for ASIN B0C5XYMM7R showing the **"Date First Available: May 22, 2023"** and the verified customer review dated **July 27, 2023**.
- **EXHIBIT D: The Accused Products**
    - High-resolution photographs of the **Kaoudt US Direct** "ADRACY" products, showing the prominent logo, external buckles, and distinct square-LED grid.

EXHIBITS - 1

JOSEPH MILITELLO, JD PHD (WSBA 45681)
MARKINGPOST IP LAW, PLLC
1600 NE 47TH STREET, #17
SEATTLE, WA 98105

- **EXHIBIT E: "Crowded Field" Prior Art**
    - Copies of the closest prior patents used to narrow the scope of the '141 Patent, including **US D914,901 S**, **CN 307496925 S**, and **US D475,792 S**.

**DATED:** January 9, 2026 *Respectfully submitted,*

s/ Joseph Militello, WSBA 45681

MarkingPost IP Law PLLC

Attorney for Plaintiff

EXHIBITS - 2

JOSEPH MILITELLO, JD PHD (WSBA 45681)
MARKINGPOST IP LAW, PLLC
1600 NE 47TH STREET, #17
SEATTLE, WA 98105